UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:15-CR-110 |
| | ) | |
| PYONG KON EUN | ) | |

ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 24, 2017. [Doc. 34]. In that Report and Recommendation the Magistrate Judge found that upon further review of the defendant's financial status, the defendant "otherwise qualifies for the services of court-appointed counsel" as provided for under the Criminal Justice Act, 18 United States Code § 3006A. The Magistrate Judge recommended that the defendant's motion to lift the property lien placed on his property be lifted and that he have no further obligation to contribute to the cost of his defense. No party has filed an objection to this recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 34], is **ADOPTED** and **APPROVED**. The portion of the defendant's motion requesting the property lien be lifted, [Doc. 27], is GRANTED. The order placing a property lien on the defendant's property, [Doc. 2], is lifted and the defendant shall have no further obligation to contribute to the cost of his defense in this matter.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE